AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

Mark Twain Heaton III

_____
Petitioner

v.

Warden Lane / Coleman low
_____
Respondent
(name of warden or authorized person having custody of petitioner)

)
)
)
)
)
)
)
)
)

Case No. 5:22-CV-3-WWB·PRL
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: Mark Twain Heaton III
    (b) Other names you have used: M.T. Heaton III ; Mark Heaton; Mr Heaton

2.  Place of confinement:
    (a) Name of institution: Coleman low
    (b) Address: P.O. Box 1031
        Coleman FL 33521
    (c) Your identification number: 62536-019

3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:
    _____

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: Northern Georgia - Atlanta Ga

    (b) Docket number of criminal case: 1:11-CR-112-WBH
    (c) Date of sentencing: 9·6·2012
    ☐ Being held on an immigration charge
    ☐ Other (explain): _____
    _____
    _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example,
       revocation or calculation of good time credits)

HEATON, MARK 62536019

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention

❏ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: B.O.P. Lack of medical Care /or Delay of medical Care - deliberate indifference - See Attached

   (b) Docket number, case number, or opinion number:

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   Delay or lack of medical Care - deliberate indifference - See Attached.

   (d) Date of the decision or action: Started on 12·26·19 - when I was brought back From Hospital with out Having Surgery done.

   **Your Earlier Challenges of the Decision or Action**

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes              ❏ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: BP8 AT Coleman low Prison

       (2) Date of filing: Most recent BP8 7·9·21

       (3) Docket number, case number, or opinion number:

       (4) Result: - Unresolved - ~~Responsible~~ See Attached.

       (5) Date of result: 7·9·21 issued to me on 7·22·21

       (6) Issues raised: Delay of medical Care deliberate indifference

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☑ Yes              ❏ No

HEATON, MARK 62536019

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: B.P.9 To Warden Coleman low Ø.

(2) Date of filing: July - 30 · 2021 (Date of most recent BP9)

(3) Docket number, case number, or opinion number:

(4) Result: "Withdrawn" - Under the prefese to promore I would be Trent

(5) Date of result: 0 3 - Aug - 21

(6) Issues raised: Delay of medical Care - Deliberate indifference I had to "Resubmit form"

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Regional Counsel's office B. O. P.

(2) Date of filing: Oct - 14 - 21

(3) Docket number, case number, or opinion number: 1 0 8 8 9 5 2 - R 1

(4) Result: Rejected Because I had Withdrawn BP9

(5) Date of result: Oct 22. 2021 - Given to me on 12·21·21

(6) Issues raised: Delay of medical Care - Deliberate indifference - And - That I was Not Treated as Promosed after Re Withdrawing the BP9!

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

HEATON, MARK 62536019

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

_____

_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes          ❒ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

_____

_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

11.  **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
❒ Yes          ❒ No
If "Yes," provide:
(a)  Date you were taken into immigration custody: _____
(b)  Date of the removal or reinstatement order: _____
(c)  Did you file an appeal with the Board of Immigration Appeals?
❒ Yes          ❒ No

HEATON, MARK 62536019

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d)    Did you appeal the decision to the United States Court of Appeals?
   ❏ Yes                  ❏ No
   If "Yes," provide:
   (1) Name of court:
   (2) Date of filing:
   (3) Case number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
❏ Yes                  ❏ No

If "Yes," provide:
(a) Kind of petition, motion, or application:    BP 8's  +  RP 9's
(b) Name of the authority, agency, or court:    BOP    Coleman   low   Prison

(c) Date of filing:    Various dates - I'm Sorry - I don't have these -
(d) Docket number, case number, or opinion number:
(e) Result:    Unresolved - Continue to State "I am Approved Not Sched
(f) Date of result:    I am un shure of all dates
(g) Issues raised:    Delay of medical Care - Deliberate indifferance

HEATON, MARK 62536019

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I am not receiving medical care ordered By a doctor during hospitalization while in custody of The B.O.P.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See Attached History of "write ups" I've done on This issue.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND TWO:** This is an issue that was going on BEFORE Covid. So Proper medical care can not be Saught in The Future (or expected)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I was in hospital on and Before leading up to 12-25-19

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND THREE:** The BOP is giving me The "Run arrounds" instead of medical care By Telling me to withdraw my BP9 To receive Care - Then rejecting my BP10 Because I droped my BP9

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See Provided Pappers as Proof of fillings

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☒ No
It Is part of last appeal

HEATON, MARK 62536019

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The Judge did not Sentence me to be abused through Medical Neglect - Pain - Mental Anguish and deliberate indifference

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

See Fillings I've included.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes    ☒ No    This is first Appeal for My Sentence being Miss Carried out-

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: - The BP10 Being Rejected was Not Avslible at time of BP8 + BP9 -
- This is first Filling For Sentence being miss Carried out.

**Request for Relief**

15.    State exactly what you want the court to do: Grant Compassionate release for "extraordinary and Compelling" reasons Pursuant to 18 U.S.C. § 3582(c)(i)(A)(i) and Reduction in Sentence ("RIS") Pursuant to 18 U.S.C. § 3582(c)(i)(A)(i) So That I Can get my own medical Care - and No longer Suffer at the Hands of The B.O.P. Medical Staff
thank you
Mark Zwan Heaton

HEATON, MARK 62536019

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

12.29.21

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12.29. 21

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

The following pages are the most
resent BP8 - BP9 - and BP10
That I have done to try and
receive medical care.

The B.O.P has proven unable
or unwilling to provide proper medical
care in a timely fashion.

Thank You
Mark Twain Heston

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 26, 2021



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : MARK TWAIN HEATON III, 62536-019
      COLEMAN LOW FCI    UNT: A-3    QTR: A09-006L
      P.O. BOX 1021
      COLEMAN,  FL 33521


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1088952-R1     REGIONAL APPEAL
DATE RECEIVED   : OCTOBER 22, 2021
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : THIS CLAIM WAS WITHDRAWN ON 08-12-2021



U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Heaton, Mark, T        62536019        A3        Coleman low
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

Part A—REASON FOR APPEAL Delay of medical care: - I have written multiple BP8's on this. I have recently written a BP8 + a BP9 on this issue. I most recently had a BP9 returned because my complaint limited to 1 page. I subsequently rewrote the BP9 and resubmitted it. At that point this issue should have been resolved because my unit manager told me that if I drop the BP9, I would be going out for the medical procedure within the month of August. I was sent out to a different doctor who did not preform the procedure. Instead another ultra sound was preformed because he did not have the info from previous ultra sound. I have been in contact w/ my unit manager and including proper proof of this - I was going to write another BP9 and resubmit it. However I have already filled the BP9 and the issue was to be resolved at this level. But there was no resolution of a medical procedure. Since I have written the BP9 and the agreed resolution was not reached - I see I can not get resolution at this level and am moving forward with a BP10 to your office. I am suffering due to the neglect by the medical staff and my rights are being violated - Please Please step in and help me! Thank you mars for Heath

Oct-14-21                                    [signature]
DATE                                    SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED
OCT 22 2021
REGIONAL COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

_____        _____
DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 1088457-R1

Part C—RECEIPT

                                    CASE NUMBER: _____

Return to: _____        _____        _____        _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____        _____
USP LVN        DATE        Previous editions not usable        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

Delay of medical care:

I have written multiple BP8s on this issue. I have recently written a BP8 and then a BP9 on this issue. I, most recently, had a BP9 sent back, refused because they wanted my complaint limited to one page. I subsequently rewrote the BP9 and resubmitted it.

At that point this issue should have been resolved because my unit manage told me that if I dropped the BP9, I would be going out for the medical procedure within the month of August. I was sent out to a different doctor who did not preform the procedure. Instead another ultra sound was preformed because he did not have the information from the previous ultra sounds. I have been InTouch with my unit manager since then and am including the paper proof of this. I was going to write another BP9 and resubmit it. However I have already filled the BP9 and the issues was to be resolved at this level and was not. Since I can not get this resolved here with a BP9, I am moving forward with a BP10 and your office. I am suffering due to the neglect by the medical staff and my rights are being violated. Please step in and help!

Thank You

Mark Twain Heaton 62536-019



The B.O.P., through Coleman Low medical, is delaying my necessary medical procedure. A treatment that was ordered by a doctor when I was hospitalized. This has been going on for over a year and a half. The B.O.P. and Coleman low medical are ignoring their responsibility to schedule this necessary medical treatment by putting the responsibility of schedule the treatment onto a third party. Using this third party has delayed my medical treatment. The delay based on scheduling is a non-medical reason for delay, and is deliberate indifference under Rouse v. Plantier, 182 F. 3d 192, 197/3rd cir 1999. This delay is causing me unnecessary pain and suffering and mental anguish and violating my 8th Amendment Right. Further the continual act of scheduling ultra sounds by Coleman Medical, with outside sources, illustrates that Coleman Medical can and does schedule medical procedures with an outside care provider. I do want it noted that providing Ultra sounds to avoid/or instead of providing the medical treatment prescribed by a doctor at a hospital is a further form of deliberate indifference and also a violation of my 8th Amendment right. Estelle v. Gamble cites 1 example of this. I say this because Coleman Low medical may be arranging these many ultra sounds in order to make the claim that they gave me some treatment. This is not the prescribed medical treatment by the doctor at the hospital which Coleman Low Medical and the B.O.P. are aware of. The doctor may have requested an ultra sound before the treatment, however only 1 ultra sound was needed. Now Coleman Low medical is ordering the Ultra sounds in stead of the surgery. This is a stall tactic used while I'm suffering due to the delay. I have pain when I urinate. I have mental anguish. Which is more than the embarrassment of constantly needing to urinate and being in pain. I awake so frequently to urinate that I am often fatigued throughout the day. I am not having dreams when I sleep, probably because of the lack of sleep due to constantly awaking to urinate. All this is also causing me to doze off during the day. This is causing me unnecessary stress and mental anguish.

I am refilling this BP9 because, In August I withdrew a BP9, because I was told by my unit manager that if I withdrew the BP9, I would be scheduled for the treatment and going for the surgery within the month. However, I was not taken out for the surgery. I was taken to another Urologist. It was as if the B.O.P. was shopping around for a doctor instead of taking me to the doctor whom they were previously working with who was familiar with this issue. The doctor I was instead taken to did not have all the information from the previous doctor. He did tell me that I should not have gone so long without this being treated for this. He mentioned many problems that could, and are occurring from waiting, such as a urinary tract infection, which I had at the time. He ordered antibiotics and stated that I need the treatment sooner, rather than later. This was in August 2021, it is now October 7, 2021. The Medical department issued a different antibiotic than what the doctor prescribed, did not check to see if the UTI was gone upon completion of the antibiotic, did not  check the condition of the UTI for weeks, to spite my complaint of having the same symptoms multiple times. I have been in touch with my unit manager through e-mails this entire time. I was seen by the medical staff at Coleman on October 7th. I was finally issued an antibiotic for the UTI that could have been taken care of in August had I received proper treatment then. I was also told that the procedure was again approved however still no date for the procedure has been set! I am seeking to have the procedure ordered by the urologist done immediately. Also, at this point, I am looking into seeking financial compensation for the pain and suffering and mental anguish caused by this lack of adequate care. I intend to continue the filling on this and will not withdraw this filling. I am filling a BP10 because the BP9 was answered by an agreement that if I withdrew the BP9 I would be sent out in August for the procedure ordered at the hospital. Since the resolution was not upheld by Coleman low, I need resolution at the regional level.

Please step in and HELP!!

Thank You

Mark Twain Heaton III 62536-019



COC 1330.17.B
October 24, 2013
Attachment A

## INFORMAL RESOLUTION FORM

NOTICE TO INMATE:   Bureau of Prisons Program Statement 1330.16 requires that except as provided in 542.13(b) an inmate shall first present an issue of concern informally to staff and staff shall informally attempt to resolve the issue prior to submitting a BP-9.   A separate form must be used for each issue.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INSTRUCTIONS:  Counselors will complete and attach this form to each Request for Administrative Remedy Form (BP-9) submitted, if not informally resolved.

| MARK Twain Heston | G2536019 | A3 - 06 | [signature] |
|---|---|---|---|
| Inmate Name | Register No. | Qtrs./Unit | Inmate Signature |

1.  Specific complaint (one 8 ½" x 11" continuation page may be attached):

   see attached -

2.  What efforts have been made by the inmate to resolve the complaint informally?  To whom has the inmate spoken?

   Medical Call outs / Cop outs / BP8's / Trips to medical / Trip to hospital.

3.  What action does the inmate wish to be taken to correct the issue?

   I want the BOP to make this Right!

Correctional Counselor's Comments (including actual steps taken to resolve):

   Per Medical - you have an approved consult for surgery - it is up to the provider to schedule further appointments and surgery.

| Correctional Counselor | Date | Staff Circle One: (Informally Resolved) / Not Informally Resolved |
|---|---|---|

Unit Manager's Review

Unit Manager    Date: 7/9/21

Distribution by Correctional Counselor:
1. If complaint is informally resolved, maintain original on file in the Unit.
2. If complaint is not informally resolved, attach original to BP-9 Form and forward to Administrative Remedy Clerk for processing.

| | Inf. Resolution Form Issued to Inmate | Inf. Resolution Form Returned to Counselor | BP-9 Issued to Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|---|
| Date: | 07-08-2021 | 07-08-2021 | 07-22-21 | 07-22-2021 | |
| Time: | 1000 | 051 | 1457 | 1521 | |
| Counselor: | [initials] | [initials] | FW | [initials] | |

1 of 2
Attachment

In December 2019, I was hospitalized over christmas with Celulitus. While in the hospital I was told by the Urologist, Dr. Reach, that I need a surgery on my urinary tract to remove blockage.

Coleman brought me back from the hospital before the opperation was proformed. The surgery was approved and I have now been waiting a year and a half for the operation.

In this time Coleman medical has stalled the surgery by ordering 5 ultrasounds, one off site, 1 off site CT scan, and even taking me off site for the surgery only for the location to inform the transport officers that there was a scheduling problem and no docter was on site that day.

To date, no surgery has been proformed to correct this medical problem.

Due to the deliberate indifference of the B.O.P. medical Staff I have been, and continue to needlesly suffer with pain and mental anguish.

This medical condition is so

4 of 13

Attachment

severe that the doctors at coleman low
have switched my lower bunk pass from
being for a confirmed Seizure condition
to the more severe condition of the
Problem with my urinary tract. Still
I wait for a one day surgery to fix
the problem.
        I do not know when this
operation is scheduled to take place,
or if the B.O.P. medical staff has
any intention of scheduling the surgery
for a time that it can actuly
be performed
        I want the B.O.P. to
make this right.

                M. Z. Slaterett

BP9

1
of 2

The B.O.P. through Coleman low
medical ignoring their responsibility
to schedule my needed medical treatment,
and then putting the responsibility to
schedule that treatment onto someone
else is not providing me the necessary
medical treatment I need. It is a form
of delaying my necessary medical treatment
base based on non-medical reasons.
and is deliberat indifference under
Ronse V Plantier 182 F.3d 192, 197 3rd cir 1999
This Delaying is causing me unnecessary
pain and suffering and mental anguish. And
Violating my 8th Amendment rights.
            Further the continual act of
scheduling ultra sounds By Colman Medical
with out side Sources shows that Coleman Medical
can and dose schedul medical procedures with
out side Care provider. I do want it
noted that providing a tra sounds to avoid/or instead of
providing the medical treatment prescribed by
a doctor at a hospital is a further form
of deliberat indifference and also a violation
of my 8th Amendment right - I beleive that

6 of 13

B P. 9

Estelle V. Gamble is one example
of this. I say this because I feel
Coleman low Medical may be arranging
these many ultra sounds in order to
make the clame that they gave me some
treatment. I will say now that this
is not the treatment prescribed by the
Doctor at the hospital which Coleman low
Medical and the B.O.P are awair of.
It is a Stell tactic used while
I'm suffering waighting for a necessary
surgry.
        I have mentiond mental anguish.
Which is more than the imbaricment of this.
I awake so frequently to urinate
that I am often fatoged throughout the
day; lately I have not had dreams. I
have not had dreams at night possibly
because of my constant awaking. All of
this is also causing me to doze off
slightly during the day. This is causing me
stress and mental anguish.
                                M.Z. Hutles

7 of 13

U.S. DEPARTMENT OF JUSTICE

REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: HEATON MARK T.     62536 019     A3     Coleman low
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

Resubmission — Remedy ID 1088952-F1

Copy of notice included

— See Attachment 1 paper (8.5×11)

July-30-2021
DATE

M.2.Heaton
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Withdrawn - See Attached

_____ DATE

Rec'd 03AUG21

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 1088952-F2

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____     _____     _____     _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____ DATE     ⊗ PRINTED ON RECYCLED PAPER     RECIPIENT'S SIGNATURE (STAFF MEMBER)     BP–229(13)
                                                                                                  APRIL 1982

USP LVN

schedule my needed medical treatment, and then putting the responsibility to schedule that treatment onto someone else is not providing me the necessary medical treatment I need. It is a form of delaying my necessary medical treatment based on non-medical reasons, and is deliberate indifference under Rouse V. Plantier 182 F.3d 192, 197 3rd cir 1999 This delaying is causing me unnecessary pain and suffering and mental anguish and violating my 8th Amendment rights.

Further the continual act of scheduling ultra sounds by Coleman Medical with outside sources shows that Coleman Medical can and does schedule medical procedures with outside care providers. I do want it noted that providing ultra sounds to avoid/or instead of providing the medical treatment prescribed by a doctor at a hospital is a further form of deliberate indifference and also a violation of my 8th Amendment right. I believe that Estelle V. Gamble is one example of this. I say this because I feel Coleman Low Medical may be arranging these many ultra sounds in order to make the claim that they gave me some treatment. I will say now that this is not the prescribed treatment by the Doctor at the hospital which Coleman Low Medical and the B.O.P. are aware of. It is a stall tactic used while I'm suffering waiting for a necessary surgery. Only one ultra sound was needed by the Doctor to prepare for this surgery.

I have mentioned mental anguish. Which is more than the embarrassement of this. I awake so frequently to urinate that I am often fatigued throughout the day; lately I have not had dreams. I have not had dreams at night probably because of my lack of sleep due to my constant awaking to urinate. All of this is also causing me to doz off slightly during the day. This is causing me stress and mental anguish.

TRULINCS  62536019 - HEATON, MARK TWAIN III - Unit: COL-A-C

---------------------------------------------------------------------------------------------

FROM: COL- Units A3/A4
TO: 62536019
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/21/2021 09:42:02 AM

Your request has been forwarded to the proper department.

>>> ~^!"HEATON, ~^!MARK TWAIN III" <62536019@inmatemessage.com> 9/14/2021 1:01 PM >>>
To: Mrs. Ruiz
Inmate Work Assignment: cmpdw

I recently went out for a medical trip. I was prescribed an antibiotic for a urinary track infection. I have since seen the MLP here at medical. At the time I had no burring in the urinary tract.  Now, however, I am experiencing burring in the urinary track, some occasional light headedness, and a feeling like my heart is occasionally racing.
 I don't think the UTI was completely gone. I have sent a COP OUT to medical and have not received a response.
Please help with this if you can
Thank You
Mark Heaton

TRULINCS 62536019 - HEATON, MARK TWAIN III - Unit: COL-A-C

--------------------------------------------------------------------------------

FROM: COL- Units A3/A4
TO: 62536019
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/29/2021 10:47:22 AM

This has been forwarded to the medical dept.

>>> ~^!"HEATON, ~^!MARK TWAIN III" <62536019@inmatemessage.com> 9/26/2021 8:34 PM >>>
To: Mrs. Ruiz
Inmate Work Assignment: cmpdw

Thank You.
I appreciate you sighing me up for sick call, and for checking on the urology appointment.
As for the appointment with urology:
I have been weighting for a procedure with outside Urology for over a year and a half. I went out last month, (August) for a medical trip. I thought it was to get the procedure. But it was to see a different urology doctor who did not have the information from the previous urology doctor. Again an ultra sound was preformed, but not the procedure. This doctor also said I need a procedure as soon as possible. He said a delay of this kind can cause many other problems.
I am not sure of why the need to shop around for doctors. But this doctor did send back word, in his notes, and through the officers who transported me, that this procedure needs to be done sooner rather than later. This was in August. So I do believe at the end of September, if this procedure is not done, I will need to find out more about why, and where I am at with the procedure scheduling.
-----COL- Units A3/A4 on 9/22/2021 11:17 AM wrote:

>
You are signed up for sick call and have a pending procedure with Urology.

>>> ~^!"HEATON, ~^!MARK TWAIN III" <62536019@inmatemessage.com> 9/14/2021 1:01 PM >>>
To: Mrs. Ruiz
Inmate Work Assignment: cmpdw

I recently went out for a medical trip. I was prescribed an antibiotic for a urinary track infection. I have since seen the MLP here at medical. At the time I had no burring in the urinary tract.  Now, however, I am experiencing burring in the urinary track, some occasional light headedness, and a feeling like my heart is occasionally racing.
I don't think the UTI was completely gone. I have sent a COP OUT to medical and have not received a response.
Please help with this if you can
Thank You
Mark Heaton

TRULINCS  62536019 - HEATON, MARK TWAIN III - Unit: COL-A-C

--------------------------------------------------------------------------------------------------------

FROM: 62536019
TO: COL- Units A3/A4
SUBJECT: ***Request to Staff*** HEATON, MARK, Reg# 62536019, COL-A-C
DATE: 10/01/2021 01:03:00 PM

To: Mrs. Ruiz
Inmate Work Assignment: cmp dw

Thank You.
 I spoke to counselor Pittman Yesterday.  He was covering our unit filling in for Muleroe yesterday. He was very helpful and
genuinely concerned for my issue. I was glad to have had the chance to speak with him. I want to let some one know that he
was very helpful. He informed me that he had a similar issue in his unit. He said I needed to put my issue on a  Medical call out
form. He printed me one and I gave it to the medical staff at insulin line last night.
 Thank You again for your help with this. Hopefully it will soon be resolved.
-----COL- Units A3/A4 on 10/1/2021 9:57 AM wrote:

>
Per Nurse Bailey this is what you need to do.

>>> ~^!"HEATON, ~^!MARK TWAIN III" <62536019@inmatemessage.com> 9/30/2021 3:28 PM >>>
To: Mrs. Ruiz
Inmate Work Assignment: cmp dw

I have put in paper cop outs to the guy at pill and insulin line as well as having given cop outs to Mrs. Sparkman at pill hand out.
I have also sent paper cop outs through the unit mail box. Mrs.. Sparkman has handed off my cop outs to medical. That is why I
started to contact you about these issues, because Mrs. Sparkman and I have done all we can do with no response from the
medical department.
Now I am back where I started with medical, before I sent the first cop out to you about this.
-----COL- Units A3/A4 on 9/30/2021 11:02 AM wrote:

>
You can put in a paper cop out to the nurse when they do pill and insulin line.

>>> ~^!"HEATON, ~^!MARK TWAIN III" <62536019@inmatemessage.com> 9/30/2021 9:51 AM >>>
To: Mrs. Ruiz
Inmate Work Assignment: cmp dw

HOw do we sighn up please?
-----COL- Units A3/A4 on 9/30/2021 7:32 AM wrote:

>
Head of the medical dept. stated for you to sign up.

>>> ~^!"HEATON, ~^!MARK TWAIN III" <62536019@inmatemessage.com> 9/29/2021 3:25 PM >>>
To: Mrs. Ruiz
Inmate Work Assignment: cmp dw

We no longer have a sick call sign up. Thankfully you have me signed up for sick call for the UTI. I will address this at the same
sick call.
 Thank You
Mark
-----COL- Units A3/A4 on 9/29/2021 10:47 AM wrote:

>
sign up for sick call

>>> ~^!"HEATON, ~^!MARK TWAIN III" <62536019@inmatemessage.com> 9/21/2021 4:53 PM >>>
To: Mrs. Ruiz
Inmate Work Assignment: cmp dw

TRULINCS  62536019 - HEATON, MARK TWAIN III - Unit: COL-A-C

---------------------------------------------------------------------------------------------------

Thank You for addressing this Issue.
I was not informed of this by the doctor here. I was on both an aspirin and pain medication for my back for years before I was incarcerated. Also I have been on both for years in prison until recently.
When my Ibuprofen was dropped before as pain medication, I was put on Acetaminophen.
The conversation I had with the doctor here, while on Acetaminophen was that I do not need pain medication each and every day, however for the times I do need pain medication the  Acetaminophen was not strong enough to alleviate the pain. This is when the doctor changed the Acetaminophen back to Ibuprofen.
I do not want to develop a GI bleed. I do however need something for pain from back injury's. And I obviously need to be on the aspirin. What do they recommend I do?
-----COL- Units A3/A4 on 9/21/2021 1:57 PM wrote:

>
You was instructed by the doctor when started on Ibuprofen, you can't be on Ibu and Aspirin as it increases the risk of GI bleed. If you want to be put back on Aspirin we will need to discontinue Ibuprofen.

>>> ~^!"HEATON, ~^!MARK TWAIN III" <62536019@inmatemessage.com> 9/14/2021 12:51 PM >>>
To: Mrs. Ruiz
Inmate Work Assignment: cmp dw

Hi,
I have sent a paper and electronic  "COP OUT" - Mrs.. Sparkman has taken the paper COP Out to medical for me. The Prescription has not restarted.
When I recently went out for a medical trip, the nurse was unable to draw my blood. She said it too thick. I have been on a baby aspirin for years. This prescription was started before I came to prison.
We don't have a sick call any more. Mrs. Sparkman has done everything she can do to get this fixed. I also have done all I can do to get this fixed. I am bringing this to you, hoping you can help get this fixed.
Thank You
Mark Heaton
-----HEATON, MARK TWAIN III on 9/11/2021 8:37 AM wrote:

>

I was in the office and saw the MLP> she was going to restart my aspirin. I have not received the prescription yet and I need it. When is it set to restart?

13ᵃ/13

U.S. POSTAGE PAID
FCM LG ENV
COLEMAN, FL
3052 JO_21
AMOUNT

$0.00

R2305K139876-09

34475

1023

SCREENED
By USMS

Mark Twain HEATON 62536-019
Federal Correction Complex
Coleman Low
P.O. Box 1031
Coleman FL 33521

Cleark of Courts
Golden Collum Federal Building
+
United States Court House
207 Northwest Second Street
Suite 337
Ocala FL 34475-6603